DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONALD SEMENEC,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-974

[September 10, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 93-012440CF10C.

Brett D. McIntosh and Kevin M. Griffith of Brett D. McIntosh, P.A, Sarasota, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***